United States District Court
For The
District of Columbia

Deborah Fletcher
1221 M Street NW #126
Washington, DC 20005
                    Plaintiff

Case: 1:17-cv-02154
Assigned To : Unassigned
Assign. Date : 10/13/2017
Description: Pro Se Gen. Civ. (F-DECK)

LaShown Thomas
1221 M Street NW
Washington, DC 20005

Colceual Green
1221 M Street NW
Washington, DC

RECEIVED
OCT 1 3 2017
Clerk, U.S. District and
   Bankruptcy Courts

500 Indiana Ave NW (Employee Work)
Washington, DC 20001

Complaint and
Temporary Restaining Order

(2)

These defenders has been breaking into plaintiff apartments, sticking and game rape, raping for some times and plaintiff just finding out about; plaintiff had put in a complaint with DC police about this matter, of them, causing the fall of plaintiff and. kidnapping plaintiff from the hospitals, by dragging plaintiff out of the George Washington Hospital, this pass Wednesday, from the emergant emengertang room, Detective Nicole Rizzi plaintiff talk to Thursday October 12, 2017 about these defenders causing the falls in plaintiff apartment. These defenders is continue finding a way getting into plaintiff apartments, that she have rented from times to times, C. Green had try to pust plaintiff down some long stairs ways at Metro Station, in DC September 28, 2017; plaintiff did put in a complait with the police out there that day. It was a time when C. Green beat plaintiff badly in plaintiff back that cause plaintiff to use her security guard job in DC during 1996; this C. Green had treaded to kill plaintiff several

(3)

times; she did try a few months age at a house in Vallege Green Dr, by making plaintiff fall hitting her head on the ground. All of these falls were, when plaintiff have hit her head on the grounds.

These defenders are a danger to the life of plaintiff and plaintiff strongly request that both of them are given a Judgment with a Restaining Order, put on them and carried out.

Deborah Fletcher

Deborah Fletcher
1221 M Street NW #126
Washington, DC 20005