UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBORAH FLETCHER,                    )
                                     )
            Plaintiff,                )
                                     )
    v.                                )  Civil Action No. 17-2154 (UNA)
                                     )
LASHOWN THOMAS, *et al.*,             )
                                     )
            Defendants.               )

FILED
DEC -4 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, defendants are responsible for breaking into her apartment, raping her, causing her to fall, kidnapping her, and threatening to kill her. *See* Compl. at 2. She believes that defendants are endangering her life, and she "strongly request[s] that both of them are given a Judgment with a restraining order put on them and carried out." *Id.* at 3.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand

for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint, which appears to be grounded in tort law, fails to meet the standard set forth in Rule 8(a). It does not state the grounds upon which this court's federal jurisdiction depends, or a statement of a cognizable claim showing plaintiff's entitlement to relief. Therefore, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: November 30th, 2017